23-CV-6238

United States District Court
WESTERN DISTRICT OF NEW YORK

Rigoberto Antonio Chavez-Gonsalez,
Petitioner

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 23-CV-6238

v.

Michael Ball
in his official capacity as Officer in Charge, Buffalo Federal Detention Facility,
Respondent

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Court denies the amended petition.  This denial is without prejudice to Petitioner's ability to bring subsequent challenges to his detention. The Clerk of Court is directed to close this case.

Date: March 27, 2024

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/ Dawn K.
    Deputy Clerk